No. 98. WATWOOD v. STONE'S MERCANTILE AGENCY, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *H. Winship Wheatley* and *H. Winship Wheatley, Jr.* for respondent.

No. 99. BECK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Joseph W. Bishop, Jr.* and *Melva M. Graney* for respondent.

No. 104. JONES ET AL., DOING BUSINESS AS JONES & HAITHCOCK USED CARS, v. HARPER, MAJOR GENERAL, UNITED STATES ARMY. C. A. 10th Cir. Certiorari denied. *Duke Duvall* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, John F. Davis, Paul A. Sweeney* and *Hubert H. Margolies* for respondent.

No. 105. CHAPMAN ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jack K. Ayer* and *Stone Wells* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 107. SINCLAIR REFINING CO. v. GUTOWSKI. C. A. 6th Cir. Certiorari denied. *Milo H. Crawford* and *A. Stewart Kerr* for petitioner.

No. 109. GIRARD TRUST CORN EXCHANGE BANK, TRUSTEE, v. COMMISSIONER OF INTERNAL REVENUE.